

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan Marks | Civil Action No.  14cv348-BAS(BLM) |
| **Plaintiff,** | |
| V. | |
| Crunch San Diego, LLC. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court GRANTS Defendant's Motion for Summary Judgment and TERMINATES AS MOOT Defendant's Motion to Exclude the Opinions and Testimony of Jeffrey Hansen. Court DISMISSES WITH PREJUDICE the case in its entirety.

Date:        10/24/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/   J. Haslam

J. Haslam, Deputy