NAME AND ADDRESS OF ATTORNEY

Abbas Kazerounian
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626

PHONE: (800) 400-6808

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Cynthia Bashant           COURT REPORTER Dana Peabody

Jordan Marks

CIVIL NO. 3:14-cv-00348-BAS-BLM

(Appellant/Appellee)    Plaintiff

vs

Crunch San Diego, LLC                  NOTICE OF APPEAL    (Civil)

(Appellant/Appellee)    Defendant

Notice is hereby given that Jordan Marks

**x** Plaintiff _____ Defendant above named, hereby appeals to the United States Court of Appeals for the: (check appropriate box)

**x** Ninth Circuit                      Federal Circuit

from the:    (check appropriate box)

**x** Final Judgment                     Order (describe)

entered in this proceeding on the ___24___ day of October 20 14.
Transcripts required    **x** Yes            No.
Date civil complaint filed:     2/14/14

Date: 11/20/14                           /s/ Abbas Kazerounian
                                         Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)