UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORDAN MARKS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>CRUNCH SAN DIEGO, LLC,<br><br>　　　　Defendant-Appellee. | No. 14-56834<br><br>D.C. No. 3:14-cv-00348-BAS-BLM<br>Southern District of California, San Diego<br><br>ORDER |

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

Submission is vacated and deferred pending the D.C. Circuit decision in *ACA International v. Federal Communications Commission, et al.*, No. 15-1211 (argued on October 19, 2016).