UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORDAN MARKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CRUNCH SAN DIEGO, LLC,<br><br>    Defendant-Appellee. | No. 14-56834<br><br>D.C. No. 3:14-cv-00348-BAS-BLM<br>Southern District of California, San Diego<br><br>ORDER |

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

Appellant is ordered to submit a brief addressing the effect, if any, of <u>ACA International, et al., v. Federal Communications Commissions and United States of America</u>, No. 15-1211 (decided on March 16, 2018) on the issues raised in this case. The brief shall be no longer than ten pages or 2800 words and shall be submitted within 30 days of the filed date of this order.

Appellee shall file a 10-page answering brief within 14 days of the filed date of appellant's brief. Appellant may file a 5-page optional reply within 7 days of the filed date of appellee's brief.

All briefs shall conform to the format requirements of Rule 32(a)(4), (5) and (6), Federal Rules of Appellate Procedure.

Parties who are registered for ECF must file the brief electronically without submission of paper copies.  Parties who are not registered ECF filers must file the original brief plus 7 copies.