UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORDAN MARKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CRUNCH SAN DIEGO, LLC,<br><br>    Defendant-Appellee. | No. 14-56834<br><br>D.C. No. 3:14-cv-00348-BAS-BLM<br>Southern District of California, San Diego<br><br>ORDER |

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

The Motion of the National Consumer Law Center and the National Association of Consumer Advocates for Leave to File a Supplemental Brief as amicus curiae is GRANTED. Dkt. No. 90. The supplemental brief submitted on May 21, 2018, shall be deemed filed as of the date of this order.