**FILED**

UNITED STATES COURT OF APPEALS

SEP 20 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORDAN MARKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CRUNCH SAN DIEGO, LLC,<br><br>    Defendant-Appellee. | No. 14-56834<br><br>D.C. No. 3:14-cv-00348-BAS-BLM<br>Southern District of California, San Diego<br><br>ORDER RESUBMITTING CASE |

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

This appeal is resubmitted as of September 13, 2018.